# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| STEPHANIE HUGHES BYOUS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00174-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 28, 2019 Order.

August 28, 2019

_____
Frank G. Johns, Clerk
United States District Court